429 A.2d 64

Commonwealth v. Stoica, Appellant.

Reargument Denied March 16, 1981.

Submitted March 21, 1980. Clarease E. Mitchell, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and VAN der VOORT, JJ.

The judgment of sentence is hereby affirmed.